1072

[No. 38826-6-I.    Division One.    June 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
WAYNE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-05450-8, Janice Niemi, J., entered June
10, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 38834-7-I.    Division One.    June 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. IVAN C.
YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-08331-1, Laura Inveen, J., entered June
17, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 38839-8-I.    Division One.    June 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP
HANS NEHRLICH, *Defendant*, RAYMOND MAXWELL
ZINN, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 96-1-00184-1, Steven J. Mura, J., entered
May 30, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 39132-1-I.    Division One.    June 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. EVELYN
LOUISE BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-00459-2, Janice Niemi, J., entered July
29, 1996. *Dismissed* by unpublished per curiam opinion.